**Sandra June GREGORY, Appellant–Respondent,**

v.

**Harvey Joe GREGORY, Respondent–Appellant.**

**Nos. WD 66056, WD 66151.**

Missouri Court of Appeals,
Western District.

April 24, 2007.

Jeffrey S. Royer, Blue Springs, MO, for respondent/appellant.

John K. Allinder, Independence, MO, for appellant/respondent.

Before ULRICH, P.J., LOWENSTEIN and SMART, JJ.

## ORDER

PER CURIAM.

Wife appeals from judgment of dissolution contesting the calculation and amount of maintenance, child support, and award of attorneys' fees. Affirmed. Rule 84.16(b).